U.S. Bankruptcy Court
Southern District of California

In re:

KELLY WAHYUK MEDINA

                Bankruptcy Case No. 11-01638-PB7

    Debtor

                Adversary Proceeding No. 11-90205-PB

FIA CARD SERVICES, N.A.
WELLS FARGO BANK

    Plaintiff

v.

KELLY WAHYUK MEDINA

    Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

---

Address of Clerk

    Clerk, U.S. Bankruptcy Court
    Southern District of California
    325 West F Street
    San Diego, California 92101

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

Name and Address of Plaintiff's Attorney
    Jerome A. Yelsky
    12100 Wilshire Blvd., Suite 1100
    Los Angeles, CA 90025

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:

**04/21/2011**

Barry K. Lander, Clerk Of Court

CSD 3007

CSD 3010 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Jerome A Yelsky, Of Counsel - SBN 75240
12100 Wilshire Blvd, Suite 1100
Los Angeles, CA 90025
Telephone: 310-820-6529
Facsimile: 310-826-2321

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
KELLY WAHYUK MEDINA
                                            Debtor.

BANKRUPTCY NO. 11-01638 PB

FIA CARD SERVICES, N.A. (F.K.A. MBNA AMERICA BANK, N.A.)
AND WELLS FARGO BANK, N.A.,
                                            Plaintiff(s)

ADVERSARY NO. 11-90205

v.
KELLY WAHYUK MEDINA
                                            Defendants(s)

## PROOF OF SERVICE

I, <u>Jennifer Ventura</u>, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents [describe each document served]:
   Summons in an Adversary Proceeding
   Complaint to Determine Dischargeability of Debt

on <u>April 27, 2011</u> by:
        [date]

☑ Mail Service - Regular, first class United States mail, postage fully pre-paid, addressed to:
   Kelly Wahyuk Medina 2888 Laning Rd San Diego, CA 92106
   John C Colwell Attorney At Law 4045 Bonita Road Suite 105 Bonita, CA 91902

☐ Personal Service - By leaving the documents with the following named person(s) or an officer or agent of the person(s) at:

☐ Residence Service - By leaving the documents with the following adult at:

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>April 27, 2011</u>                              /S/Jennifer Ventura
    [Date]                                        [Signature]

| Print Name | Weinstein & Riley, PS |
|---|---|
| Business Address | 14 Penn Plaza, Suite 1300 |
| City, State, ZIP | New York, NY 10122 |

CSD 3010